454 A.2d 179

Commonwealth, Appellant v. O'Hara.

Submitted February 17, 1982. Douglas M. Johnson, Public Defender, for

640

appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTGOMERY, JJ.

The judgment of sentence is affirmed.